# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-mj-00137-SKO-1 |
| Plaintiff, | ORDER DENYING PRETRIAL VIOLATION PETITION WITHOUT PREJUDICE |
| v. | |
| MARIA PONCE-MEDINA, | ORDER TO TRANSPORT DEFENDANT TO DESIGNATED BOP FACILITY |
| Defendant. | |

On November 10, 2022, the United States District Court for the Southern District of California ordered Defendant to self-surrender on January 20, 2023.  (ECF No. 1 at 4.)  Defendant did not do so, and on January 23, 2023, the United States District Court for the Southern District of California, issued an arrest warrant for Defendant, for failure to self-surrender, based on a petition filed by Pretrial Services (the "Petition").  (Id.)

On November 9, 2023, pursuant to Federal Rule of Criminal Procedure 5(c)(3), the Court received arrest documents pertaining to Defendant.  (ECF No. 1.)  On November 9, 2023, Defendant made an initial appearance pursuant to Rule 5(c)(3), before the United States District Court for the Eastern District of California.  (ECF No. 2.)

At the initial appearance hearing held on November 9, 2023, the Government moved for detention to determine what the Government intends to do in this case.  Defendant opposed the request for detention and requested to be transported to the designated BOP facility, F.C.P.

Bryan in Texas, where she is currently designated to serve her sentence. The Petition was not admitted nor denied. The Court continued the matter to November 14, 2023, before Magistrate Judge Stanley A. Boone, so the parties could meet and confer to determine what they intend to do with regard to the transportation of Defendant to serve her sentence. Defendant was ordered temporarily detained.

On November 14, 2023, the Court held a status conference. Pursuant to the matters discussed, the Court shall deny the petition without prejudice to the Government's ability to bring additional charges related to the Defendant's failure to appear; and shall order Defendant to be transported to the designated Bureau of Prisons facility.

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial services violation petition is DISMISSED without prejudice;
2. Defendant shall be TRANSPORTED FORTHWITH to the designated Bureau of Prisons facility, Federal Prison Camp, Bryan, Texas; and
3. This order is not intended to prejudice the Government in bringing additional charges relating to the Defendant's failure to appear if they wish to do so.

IT IS SO ORDERED.

Dated:   **November 14, 2023**

UNITED STATES MAGISTRATE JUDGE